UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 24-21-DLB-EBA

JAVIER VARGAS                                                                                          PLAINTIFF

v.                                                         ORDER

UNITED STATES OF AMERICA                                                                DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 55), wherein she recommends that the United States of America's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment be denied as moot. She also recommends that this matter be dismissed without prejudice for failure to prosecute and failure to comply with the Court's Orders. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 55), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    The United States of America's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (Doc. # 39) is **DENIED AS MOOT**; and

(3)    This matter is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

This 12th day of September, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-21 Order Adopting R&R.docx